FILED

AUG 20 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GULSTAN E. SILVA, Jr., as Personal Representative of the Estate of Sheldon Paul Haleck; JESSICA Y. HALECK, Individually, and as Guardian Ad Litem of Jeremiah M. V. Haleck; WILLIAM E. HALECK; VERDELL B. HALECK, <br><br>Plaintiffs-Appellees, <br><br>v. <br><br>CHRISTOPHER CHUNG; SAMANTHA CRITCHLOW; STEPHEN KARDASH, <br><br>Defendants-Appellants. | No. 17-16406 <br><br>D.C. No. 1:15-cv-00436-HG-KJM District of Hawaii, Honolulu <br><br>**ORDER** |

Before: TASHIMA, W. FLETCHER, and HURWITZ, Circuit Judges.

Defendants/Appellees filed a petition for rehearing or rehearing en banc on July 24, 2018 (Dkt. Entry 44). The panel has voted to deny the petition for rehearing. Judges W. Fletcher and Hurwitz have voted to deny the petition for rehearing en banc, and Judge Tashima so recommends.

The full court has been advised of the petition for rehearing en banc and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing or rehearing en banc is **DENIED**.