FILED

SEP 04 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GULSTAN E. SILVA, Jr., as Personal Representative of the Estate of Sheldon Paul Haleck; et al.,<br><br>   Plaintiffs-Appellees,<br><br>v.<br><br>CHRISTOPHER CHUNG; et al.,<br><br>   Defendants-Appellants. | No. 17-16406<br><br>D.C. No. 1:15-cv-00436-HG-KJM<br>District of Hawaii, Honolulu<br><br>**ORDER** |

Before: TASHIMA, W. FLETCHER, and HURWITZ, Circuit Judges.

Defendants-Appellants' motion for a 90-day stay of mandate (Dkt. Entry 46), filed on August 22, 2018, is **DENIED**.