UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 18 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GULSTAN E. SILVA, Jr., as Personal Representative of the Estate of Sheldon Paul Haleck; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>CHRISTOPHER CHUNG; et al.,<br><br>Defendants - Appellants. | No. 17-16406<br><br>D.C. No. 1:15-cv-00436-HG-KJM<br>U.S. District Court for Hawaii, Honolulu<br><br>**MANDATE** |

The judgment of this Court, entered July 10, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7