ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GULSTAN E. SILVA, JR., as Personal Representative of the Estate of Sheldon Paul Haleck,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CHUNG; SAMANTHA CRITCHLOW; AND STEPHEN KARDASH,<br><br>Defendants. | CIV. NO. 15-00436 HG-KJM<br><br>FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII<br><br>JUN - 6 2019<br><br>at 10 o'clock and 07 min. P M<br>SUE BEITIA, CLERK |

## SPECIAL VERDICT FORM

The jury must answer all of the questions, unless otherwise indicated. To understand what issues are being submitted to you, you may wish to read over the entire Special Verdict Form before proceeding to answer. Answer the questions in numerical order. Follow all directions carefully. Each answer requires the agreement of all jurors. If you do not understand any questions or if you wish to communicate with the Court on any other subject, you must do so in writing through the Courtroom Manager.

1

1. Has Plaintiff Gulstan E. Silva, Jr. proved by a preponderance of the evidence that Defendant Christopher Chung and/or Defendant Samantha Critchlow and/or Defendant Stephen Kardash used excessive force against Sheldon Paul Haleck, thereby violating his Fourth Amendment rights under the United States Constitution?

    1(a) Defendant Christopher Chung    YES _____    NO ✓

    1(b) Defendant Samantha Critchlow   YES _____    NO ✓

    1(c) Defendant Stephen Kardash      YES _____    NO ✓

If you answered "YES" to any of Questions Number 1(a), 1(b), or 1(c), please proceed to Question Number 2.

If you answered "NO" to all of Questions Number 1(a), 1(b), and 1(c), please skip the remaining questions, have the Foreperson sign and date this Special Verdict Form, and advise the Courtroom Manager that you have reached a verdict.

2. As to any defendant you found used excessive force in violation of the Fourth Amendment to the United States Constitution, did Plaintiff Gulstan E. Silva, Jr. establish by a preponderance of the evidence that such defendant's use of excessive force caused injuries and/or death to Sheldon Paul Haleck?

```
2(a)  Defendant Christopher Chung     YES _____      NO _____

2(b)  Defendant Samantha Critchlow    YES _____      NO _____

2(c)  Defendant Stephen Kardash       YES _____      NO _____
```

If you answered "YES" to any of Questions Number 2(a), 2(b), or 2(c), please proceed to Question Number 3.

If you answered "NO" to all of Questions Number 2(a), 2(b), and 2(c), please skip the remaining questions, have the Foreperson sign and date this Special Verdict Form, and advise the Courtroom Manager that you have reached a verdict.

3. On the issue of Plaintiff Gulstan E. Silva Jr.'s damages against Defendant Christopher Chung and/or Defendant Samantha Critchlow and/or Defendant Stephen Kardash:

You are to answer this Question only if you answered "YES" to any of Questions Number 2(a), 2(b), or 2(c).

In other words, answer this Question only if you find Defendant Christopher Chung and/or Defendant Samantha Critchlow and/or Defendant Stephen Kardash liable for injuries and/or death caused to Sheldon Paul Haleck by their use of excessive force in violation of the Fourth Amendment to the United States Constitution.

**By a preponderance of the evidence, what are Plaintiff**

Gulstan E. Silva, Jr.'s total compensatory damages (if you find no compensatory damages, then award nominal damages of not more than one dollar)?

    Against Defendant Christopher Chung    $ _____

    Against Defendant Samantha Critchlow    $ _____

    Against Defendant Stephen Kardash    $ _____

## JURY CERTIFICATE

THE VERDICT MUST BE UNANIMOUS AND MUST BE SIGNED BY THE JURY FOREPERSON.

DATED: Honolulu, Hawaii, June 6, 2019.

SIGNED: _[signature]_
           FOREPERSON