AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| GULSTAN E. SILVA, JR., as Personal Representative of the Estate of Sheldon Paul Haleck, <br><br> Plaintiff, <br><br> V. <br><br> CHRISTOPHER CHUNG; SAMANTHA CRITCHLOW; AND STEPHEN KARDASH <br><br> Defendants. | JUDGMENT IN A CIVIL CASE <br><br> Case: CV 15-00436 HG-KJM <br><br><br> FILED IN THE <br> UNITED STATES DISTRICT COURT <br> DISTRICT OF HAWAII <br><br> June 19, 2019 <br><br> At 11 o'clock and 30 min a.m. <br> SUE BEITIA, CLERK |

[✓]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]   **Decision by Court**.  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Christopher Chung, Samantha Critchlow and Stephen Kardash, pursuant to, and in accordance with, the "Special Verdict Form", filed on June 6, 2019, ECF No. 372, and the following orders:

"Stipulation for Partial Dismissal Without Prejudice of All Claims Against Defendant Donna Y. L. Leong and Order", filed February 16, 2017, ECF No. 176;

"Order Granting, in Part, and Denying, in Part, Plaintiffs' Motion to Dismiss Defendants Louis M. Kealoha, in His Official Capacity, Chad Sano, Reynwood Makishi and Frank Pojsl (ECF No. 174) and Granting Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 173)", filed March 14, 2017, ECF No. 192;

 "Order Granting Defendant Louis M. Kealoha's Motion for Summary Judgment (ECF No. 193) and Denying Plaintiffs' Amended Motion for Partial Summary Judgment as to the Liability of Defendants Christopher Chung, Samantha Critchlow, Stephen Kardash, Louis M. Kealoha, and City and County of Honolulu for Violations of Constitutional Rights (ECF No. 195) and Granting Defendant City and County of Honolulu's Amended Motion for Summary Judgment (ECF No. 199) and Granting, in Part, and Denying, in Part, Defendants Christopher Chung, Samantha Critchlow, and Stephen Kardash's Amended Motion for Summary Judgment (ECF No. 200)", filed June 28, 2017, ECF No. 224 , and;

"Order on Punitive Damages", filed on June 19, 2019, ECF No. 377.

| June 19, 2019 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |